IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WENDY ALISON NORA,

    Petitioner,                             JUDGMENT IN A CIVIL CASE

  v.                                              Case No.  14-cv-527-jdp

CATHERINE J. FURAY,
JEFFREY J. PETERSON,
and GREGORY J. FORSTER,

    Respondents.

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

/s/                                                      August 25, 2014

Peter Oppeneer, Clerk of Court                        Date